# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146402-4(117)

DIANE M. BIES-RICE,
Plaintiff-Appellee,

v

ALVIN FOSTER RICE, JR.,
Defendant-Appellant,

and

DAVID FINDLING,
Appellee.
_____/

SC: 146402-3
COA: 295631; 295634
Wayne CC: 08-100728-DO

DIANE M. BIES-RICE,
Plaintiff-Appellee,

v

ALVIN FOSTER RICE, JR.,
Defendant-Appellant.
_____/

SC: 146404
COA: 300271
Wayne CC: 08-100728-DO

On order of the Court, the motion for reconsideration of this Court's April 29, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

d0923